IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE HAMILTON,                )<br>      Plaintiff,                             )<br>                                              )<br>v.                                           )<br>                                              )<br>SMS TECHNICAL SERVICES, LLC,   )<br>      Defendant.                         ) | CIVIL ACTION: 14-00560-KD-M |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered against Plaintiff Terrence Hamilton and in favor of Defendant SMS Technical Services, LLC.   It is further **ORDERED** that all of Plaintiff's claims against Defendant SMS Technical Services, LLC are **DISMISSED.**

**DONE** and **ORDERED** this **9**$^{th}$ day of **May 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**